JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN RIE,<br>      Plaintiff,<br><br>      v.<br><br>U.S. POSTAL SERVICE, et al.,<br>      Defendants. | CV 21-7193 DSF (JEMx)<br><br>JUDGMENT |

    The Court having granted a motion to dismiss Plaintiff's First Amended Complaint with leave to amend and Plaintiff having failed to file an amended complaint within the specified time,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date:  July 11, 2022

                                                        Dale S. Fischer
                                                        United States District Judge